IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00553-NYW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

7.26611032 BITCOINS,

        Defendant.

---

### NOTICE OF COMPLAINT FOR FORFEITURE

---

YOU ARE HEREBY NOTIFIED that the United States of America ("the United States") filed the attached *Verified Complaint for Forfeiture In Rem*, seeking forfeiture of the above defendant assets. (Doc. 1).

If you wish to contest the forfeiture and assert an interest in the defendant assets, you must file a Claim with the Court by **April 27, 2018**. Pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, any Claim filed must:

    (1)    identify the specific property claimed;

    (2)    identify the claimant and state the claimant's interest in the property;

    (3)    be signed by the claimant under penalty of perjury.

1

Even if you have previously filed a claim and/or otherwise contested the forfeiture of the asset in this case by sending documentation to the Drug Enforcement Administration, you must file a new claim in this civil forfeiture case to prevent entry of default.

**Within 21 days after** filing a Claim, you must then file an Answer to the Verified Complaint with the Court.

In addition to filing a Claim and an Answer, you must indicate whether you consent to the jurisdiction of a United States magistrate judge in this civil forfeiture case. If you consent, you must complete and file the attached Magistrate Judge Consent Form with the Court no later than (1) seven days before the scheduling conference, if any; or (2) 45 days after the filing of the first response, other than an answer, to the operative complaint, whichever is earlier.  (Doc. 3).

File your Claim, Answer, and Magistrate Judge Consent Form with the Court, and provide copies of same to the Assistant United States Attorney, to the addresses listed below:

| | |
|---|---|
| Clerk of the United States District Court<br>901 19th Street<br>Denver, Colorado 80294 | Tonya S. Andrews<br>Assistant United States Attorney<br>United States Attorney's Office<br>1801 California St., Ste 1600<br>Denver, Colorado 80202 |

**Failure to file a timely Claim and Answer will result in default and forfeiture of the defendant assets to the United States.**

DATED this 13th day of March, 2018.

        Respectfully submitted,

        ROBERT C. TROYER
        United States Attorney

By:  *s/Tonya S. Andrews*
      Tonya S. Andrews
      Assistant U.S. Attorney
      U.S. Attorney's Office
      1801 California St., Ste 1600
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      E-mail: tonya.andrews@usdoj.gov
      *Attorney for the United States*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of March, 2018, true copies of the *Notice of Complaint for Forfeiture*, *Verified Complaint for Forfeiture In Rem*, and Magistrate Judge Consent Form with Instructions were mailed via regular and Certified Mail to:

The Estate of Jason Keith Baugh
121 Whippoorwill Drive
Warner Robins, GA 31088
**Cert No. 7014 1200 0001 1413 1628**

Kaleb T. Baugh
121 Whippoorwill Drive
Warner Robins, GA 31088
**Cert No. 7014 1200 0001 1413 1635**

Jarod K. Baugh DOC # 178780
Arrowhead Correctional Center
P.O. Box 300
Cañon City, CO 81215-0300
**Cert No. 7014 1200 0001 1413 1642**

3

                  s/ *Jody Gladura*
                  FSA Data Analyst
                  U.S. Attorney's Office