IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   18-cv-00553-NYW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

7.26611032 BITCOINS

        Defendant.

_____

**WARRANT FOR ARREST OF PROPERTY *IN REM***
_____

TO: UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

      PURSUANT to the *Order for Warrant for Arrest of Property In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the following defendant assets described in the *Verified Complaint for Forfeiture In Rem* filed herewith, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court:

7.26611032 BITCOINS

      DATED this 13th day of   March   , 2018.

                                  JEFFREY P. COLWELL
                                  Clerk of the U.S. District Court

                            By:   s/N. Marble
                                Deputy Clerk