IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 18-cv-00553-NYW | Date: | May 8, 2018 |
| Courtroom Deputy: | Brandy Wilkins | FTR: | NYW COURTROOM C-204* |

| *Parties* | *Attorney(s)* |
|---|---|
| USA, | *Tonya Shotwell Andrews* |
| **Plaintiff,** | |
| v. | |
| 7.26611032 BITCOINS, | |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**STATUS CONFERENCE**

Court in Session: 9:36 a.m.

Paralegal, Mr. Jason Haddock, is present with Ms. Andrews. No one is present on behalf of Defendants.

Discussion held regarding the status of the case. The Notice of Complaint for Forfeiture [5] sent on March 13, 2018 was to the individual claimant. The Notice of Publication [9] filed April 16, 2018 indicates the asset was posted on an official government site to alert any person claiming legal interest in the property.

If no one files a claim today, the court will anticipate a completed consent and then an entry for clerks default.

Court in Recess:  9:38 a.m.          Hearing concluded.          Total time in Court: 00:02

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.