IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00553-NYW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

7.26611032 BITCOINS,

        Defendant.

---

**UNITED STATES' MOTION FOR CLERK'S ENTRY OF DEFAULT**

---

COMES NOW the United States of America (the "United States"), by and through United States Attorney Robert C. Troyer and Assistant United States Attorney Tonya S. Andrews and pursuant to Fed. R. Civ. P. 55(a), moves for an entry of default as to defendant 7.26611032 Bitcoins.

In support of this Motion, the United States states:

1.     On March 8, 2018, pursuant to 21 U.S.C. § 881, 18 U.S.C. § 2323(a)(1)(C) and Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a *Verified Complaint for Forfeiture In Rem* seeking forfeiture of the defendant assets.  (Doc. 1).  All of the sworn statements set forth in the Verified Complaint establish by a preponderance of the evidence, sufficient reasonable cause for a judgment of forfeiture.

2.      On March 13, 2018, pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Notice of the Complaint was sent to all interested parties.  (Doc. 5).

3.      On April 16, 2018, pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a Notice of Publication stating that notice of this civil forfeiture action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on March 9, 2018.  (Doc. 9).

4.      To date, no claim, answer, or other responsive pleading has been filed as to the defendant assets and the time for which to do so, has expired.

WHEREFORE, the United States respectfully requests that the Clerk of the Court enter default as to defendant 7.26611032 Bitcoins.

I, Assistant United States Attorney Tonya S. Andrews, verify under penalty of perjury that the foregoing is true and correct.

DATED this 9th day of May, 2018.

Respectfully submitted,

ROBERT C. TROYER
United States Attorney

By:  s/ *Tonya S. Andrews*
Tonya S. Andrews
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: tonya.andrews@usdoj.gov
*Attorney for the United States*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 9th day of May, 2018, I electronically filed the foregoing with the Clerk of Court using the ECF system, and mailed same via regular and certified mail to:

The Estate of Jason Keith Baugh
121 Whippoorwill Drive
Warner Robins, GA 31088
**Cert No. 7014 1200 0001 1413 1628**

Kaleb T. Baugh
121 Whippoorwill Drive
Warner Robins, GA 31088
**Cert No. 7014 1200 0001 1413 1635**

Jarod K. Baugh DOC # 178780
Arrowhead Correctional Center
P.O. Box 300
Caňon City, CO 81215-0300
**Cert No. 7014 1200 0001 1413 1642**

s/ *Jody Gladura*
FSA Data Analyst
U.S. Attorney's Office