IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00553-NYW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

7.26611032 BITCOINS,

        Defendant.

## ENTRY OF DEFAULT

THIS MATTER is before the Clerk's Office on Plaintiff's Motion for Clerk's Entry of Default. Upon examination of our records, we find that:

(a)    Plaintiff filed its Verified Complaint for Forfeiture *In Rem* on March 8, 2018. (Doc. 1);

(b)    Service was made by publication on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning March 9, 2018, as evidenced by the Notice of Publication filed on April 16, 2018. (Doc. 9);

(c)    Service to all known interested parties was made via regular mail and certified mail return receipt requested as evidenced by the Plaintiff's Notice of Complaint Certificate of Service filed with the Court on March 13, 2018. (Doc. 5); and

(d) To date, no claim, answer, or other responsive pleading has been filed as to the defendant assets.

Therefore, DEFAULT as to the defendant 7.26611032 Bitcoins is herewith entered.

DONE at Denver, Colorado this _____ day of _____, 2018.

JEFFREY P. COLWELL
Clerk of the U.S. District Court

By: _____
Deputy Clerk