IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00553-NYW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

7.26611032 BITCOINS,

       Defendant.

_____

**UNITED STATES' MOTION FOR DEFAULT AND FINAL ORDER OF FORFEITURE**
_____

COMES NOW the United States of America (the "United States"), by and through United States Attorney Robert C. Troyer and Assistant United States Attorney Tonya S. Andrews, and pursuant to Fed. R. Civ. P. 55 and 21 U.S.C. § 881(a)(6) moves for default and final order of forfeiture.

In support of this Motion, the United States sets forth the following:

1. On March 8, 2018, pursuant to 21 U.S.C. § 881(a)(6) and Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a Verified Complaint for Forfeiture In Rem seeking forfeiture of the defendant asset. All of the sworn statements set forth in the Verified Complaint establish by a preponderance of the evidence, sufficient probable cause for a judgment of forfeiture. (Doc. 1).

2. On March 13, 2018, pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a

Notice of Complaint for Forfeiture.  (Doc. 5).

3. On April 16, 2018, pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a Notice of Publication stating that notice of this civil forfeiture action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on March 9, 2018.  (Doc. 9).

4. To date, no claim, answer, or other responsive pleading has been filed as to the defendant asset and the time for which to do so, has expired.

5. On May 14, 2018, an Entry of Default was entered by the Clerk of the Court. (Doc. 12).

WHEREFORE, the United States respectfully requests that this Court enter Default and Final Order of Forfeiture and direct the Clerk of the Court to enter Judgment as to defendant 7.26611032 Bitcoins.

DATED this 22nd day of May 2018.

    Respectfully submitted,

    ROBERT C. TROYER
    United States Attorney

By: s/ *Tonya Andrews*
    Tonya S. Andrews
    Assistant United States Attorney
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    E-mail: tonya.andrews@usdoj.gov
    *Attorney for the United States*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of May, 2018, true copies of the foregoing were mailed via Certified Mail:

The Estate of Jason Keith Baugh
121 Whippoorwill Drive
Warner Robins, GA 31088
**Cert No.  7015 0920 0001 7835 1436**

Kaleb T. Baugh
121 Whippoorwill Drive
Warner Robins, GA 31088
**Cert No. 7015 0920 0001 7835 1443**

Jarod K. Baugh DOC # 178780
Arrowhead Correctional Center
P.O. Box 300
Cañon City, CO 81215-0300
**Cert No. 7015 0920 0001 7835 1450**

                                                s/ *Jody Gladura*
                                                FSA Data Analyst
                                                U.S. Attorney's Office