IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00553-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7.26611032 BITCOINS,

    Defendant.

_____

## DEFAULT JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 55(b) and the *Default and Final Order of Forfeiture* entered by the Honorable Judge Nina Y. Wang, the following JUDGMENT is hereby entered:

1. Default is hereby entered in favor of the United States, pursuant to 21 U.S.C. § 881, including all right, title, and interest, for the following defendant asset:

    7.26611032 Bitcoins

2. The United States shall have full and legal title as to the defendant asset and may dispose of said asset in accordance with law;

3. The *Default and Final Order of Forfeiture* shall serve as a Certificate of Reasonable Cause as to the defendant asset under 28 U.S.C. § 2465.

DATED at Denver, Colorado this ___ day of _____, 2018.

2

      JEFFREY P. COLWELL
      Clerk of the U.S. District Court

By: _____
    Deputy Clerk