IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00553-NYW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

7.26611032 BITCOINS,

        Defendant.

_____

**DEFAULT AND FINAL ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Motion for Default and Final Order of Forfeiture [#13, filed May 22, 2018] as to defendant 7.26611032 Bitcoins, and the Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT after proper notice, neither the known potential claimant, nor any other third party, has filed a Claim or Answer as to defendant 7.26611032 Bitcoins as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT the Clerk's Entry of Default was entered on May 14, 2018 [#12];

THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of defendant 7.26611032 Bitcoins. It further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881;

THAT the facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis, by a preponderance of the evidence, for a final judgment and order of forfeiture as to defendant property;

THAT the Clerk of Court shall be directed to enter Judgment as to defendant 7.26611032 Bitcoins;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT default and forfeiture of defendant 7.26611032 Bitcoins, including all right, title, and interest is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881;

THAT the United States shall have full and legal title as to defendant property and may dispose of said property in accordance with law;

THAT this Default and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to defendant property under 28 U.S.C. § 2465; and

THAT the Clerk of Court is directed to enter Judgment as to defendant 7.26611032 Bitcoins.

SO ORDERED this 29th day of May, 2018.

BY THE COURT:

_____
NINA Y. WANG
U.S. District Court Magistrate Judge