AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>7.26611032 BITCOINS<br>*Defendant* | )<br>)<br>) Civil Action No. 18-cv-00553-NYW<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ____ recover from the defendant *(name)* ____ the amount of ____ dollars ($ ____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____ recover costs from the plaintiff *(name)* ____ .

☒ other:   Judgment is entered on behalf of Plaintiff, United States of America, and against Defendant, 7.26611032 Bitcoins.
_____.

This action was *(check one)*:

☐ tried by a jury with Judge ____ presiding, and the jury has rendered a verdict.

☐ tried by Judge ____ without a jury and the above decision was reached.

☒ decided by Judge Nina Y. Wang in the Default and Final Order of Forfeiture [17] on a motion for ____.

Date:   05/31/2018                                                 *CLERK OF COURT*

                                                                                                        s/ B. Wilkins
                                                                                            *Signature of Clerk or Deputy Clerk*